

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER – MOTION FOR NEW TRIAL

November 13, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/13/2015 1:16:22 PM

CHRISTOPHER A. PRINE
Clerk

MARK A. RUBAL
ATTORNEY OF RECORD
15150 MIDDLEBROOK DRIVE
HOUSTON, TEXAS 77058

Defendant's Name: JOSE HERIBERTO LOPEZ

Cause No: 1348778

Court: 180TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 10/14/2015
**Sentence Imposed Date:** 10/14/2015
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** MARK A. RUBAL
**Motion For New Trial Filed:** 11/12/2015

Sincerely,

*/s/ N. Salinas*
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    KATHLEEN POWERS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.